IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Rubio-Vasquez,<br><br>       Plaintiff,<br><br>vs.<br><br>United States of America,<br><br>       Defendant. | CV 05-2198-PHX-ROS<br>CR 01-0385<br><br>**ORDER** |

      On July 25, 2005 Plaintiff filed a Motion To Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. #33, CR 01-0385). On July 5, 2006, Magistrate Judge Duncan issued a Report and Recommendation ("R&R") recommending that the motion be denied (Doc. #37, CR 01-0385). No objections were filed by either party.

      The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). It is "clear that the district judge must review the magistrate judge's findings and recommendations *de novo if objection is made*, but not otherwise." United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) (emphasis in original); Schmidt v. Johnstone, 263 F. Supp. 2d 1219, 1126 (D. Ariz. 2003) ("Following Reyna-Tapia, this Court concludes that *de novo* review of factual and legal issues is required if objections are made, 'but not otherwise.'"). District courts are not required to conduct "any review at all . . . of any issue that is not the subject

1 of an objection." <u>Thomas v. Arn</u>, 474 U.S. 140, 149 (1985).  No objection having been
2 made, the Court will adopt the R&R in full.
3     Accordingly,
4 **IT IS ORDERED** that the Report and Recommendation (Doc. #37, CR 01-0385) is
5 **ADOPTED** and the Motion To Vacate (Doc. #33, CR 01-0385) is **DENIED.**

7     DATED this 21st day of July, 2006.

_____
Roslyn O. Silver
United States District Judge